HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>           *Plaintiff,*                              )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>ANTHONY MURILLO,                     )<br>                                                          )<br>           *Defendant,*                         )<br>                                                          ) | Case No. 1:20-CR-00114-NONE-SKO<br><br>**APPLICATION AND ORDER**<br>**APPOINTING CJA PANEL COUNSEL** |

Defendant, Anthony Murillo, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On July 23, 2020, the government filed an Indictment against Mr. Murillo, charging him being a felon in possession of a firearm in violation of 18 U.S.C. § 922 (g)(1).

Mr. Murillo submits the attached Financial Affidavit as evidence of his inability to retain counsel. Our office has a conflict. Therefore, after reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel Robert Lamanuzzi be promptly appointed *nunc pro tunc* as of July 27, 2020 to assist in advance of Mr. Murillo's arraignment.

DATED:  July 30, 2020                         */s/ Eric V. Kersten*
                                                               ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**July 30, 2020**__         /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE