ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MURILLO,<br><br>Defendant. | Case No. 1:20-cr-00114 JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant ANTHONY MURILLO and STEPHANIE STOKMAN, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for May 27, 2022, at 9:00 a.m. shall be continued until July 8, 2022, at 9:00 a.m.

1. Defendant's attorney requires additional time to look into collateral issues.
2. The collateral issues may have an effect on his offense level and his guideline range.
3. There is no objection by the U.S. Attorney Stephanie Stokman.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a

1

speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: May 23, 2022                             Respectfully submitted,


/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
ANTHONY MURILLO


Dated: May 23, 2022                             Respectfully submitted,


/s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant U.S. Attorney


**ORDER**

The sentencing hearing as to the above named defendant currently scheduled for May 27, 2022, at 9:00 a.m., is continued until  July 8, 2022, at 9:00 a.m.

IT IS SO ORDERED.

    Dated:   **May 23, 2022**                             _____
                                                          UNITED STATES DISTRICT JUDGE